

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
09/27/2007

IN RE:                                §        Case No. 00-39714-H4-7

  Thinktanks Worldwide                §

Debtor                                §

### ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Application for Payment of Unclaimed Funds (Docket No. __221__ ) is denied for the following reason(s):

1. _____  Applicant's signature is not notarized.

2. _____  Amount being requested is not the amount deposited on behalf of the original claimant.

3. _____  Application was not served on U.S. Attorney and U.S. Trustee.

4. _____  Proposed Order not filed by applicant.

5. ___X_____  Sufficient documentation not provided to allow the Court to determine claimant's entitlement to the unclaimed funds.

6. ___X_____  Other: Funds were deposited for Dennis Lomax & Christina Parker.

Signed __9/26/2007__.

United States Bankruptcy Judge