UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 00-39714-H4-7 |
|   THINKTANKS WORLDWIDE.COM, INC. | § | |
| | § | CHAPTER 7 |
| | § | |

Motion to Deposit Funds Into
the Court's Registry Under  11 U.S.C. §374 (A)

The undersigned trustee reports:

\_\_\_\_\_   The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is(are) in an amount less than the amount specified in Bankruptcy Rule 3010.

  X   More than ninety (90) days have passed since the final distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. §347(a),  the undersigned trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, et seq).


Dated: March 13, 2009               */s/Rodney Tow*
                                    Rodney  Tow
                                    Chapter 7 Trustee
                                    10077 Grogans Mill Rd., Ste. 145
                                    The Woodlands, Texas 77380
                                    281-681-9100
                                    281-681-1441

CERTIFICATE OF SERVICE

   I certify that a copy of the foregoing was sent via electronically to the U.S. Trustee, 515 Rusk, Suite 3516, Houston, TX 77002 on the 13th  of March, 2006.

                                    */s/Rodney Tow*
                                    Rodney D. Tow


TX-10(Rev'd 10/96)

EXHIBIT "A"

PLEASE CHECK ONE:

_____     Small Dividends

  X    Unclaimed Dividends

| Name & Address | Claim No. | Amount |
|---|---|---|
| Leroy Curtis<br>11607 Peddleton Drive<br>Houston, TX 77070 | 15 | $71.83 |
| Jason Hooks<br>4707 Pin Oak Park #1305<br>Houston, Texas 77081 | 21 | $75.95 |
| B.J. Thomas<br>9124 Wilcrest<br>Houston, Texas 77099 | 23 | $156.77 |
| Jennifer Stockwell<br>9009 Richmond #204<br>Houston, TX 77063 | 41 | $100.09 |
| Morgan T. Gothard<br>4400 Memorial Drive #1012<br>Houston, Texas 77007 | 48 | $114.85 |
| Dennis M. Lomax<br>Christina Parker<br>13849 Deer Creek Drive<br>West Palm Beach, FL 33418 | 49 | $91.15 |
| Lisa M. Nagel<br>5317 Limewood Court<br>Boyngon Beach, FL 33437 | 55 | $133.90 |
| Kristi Alsup<br>5317 Limewood Court<br>Boyngon Beach, FL 33437 | 56 | $136.72 |
| Michelle D. Christian | 60 | $145.84 |

| | | |
|---|---|---|
| 11501 West Road #612<br>Houston, TX 77065 | | |
| Beverly C. Bammel<br>9606 Knob Oak Drive<br>Houston, Texas 77080 | 70 | $156.77 |
| Rachel G. Leysath<br>3411 Walnut Bend Lane #1227<br>Houston, Texas 77042 | 71 | $106.34 |
| Bhawana Nayor<br>2526 South 47th Court<br>Fort Smith, AR 72903 | 83 | $81.67 |
| Christopher T. Muncy<br>5706 Golden Grove Lane<br>Spring, Texas 77373 | 88 | $129.10 |
| Jasper Mclarrin<br>278 Brown Avenue<br>Alvin, TX 77511 | 109 | $127.61 |
| Ronald P. Schultz<br>138-6 Aspen Cove Drive<br>Houston, TX 77077 | 118 | $91.15 |
| Theresa Pazeretsky<br>9550 Ella Lee Lane #807<br>Houston, Texas 77063 | 119 | $76.58 |
| Lisheng Yu<br>5401 Chimmeny Rock #267<br>Houston, Texas 77081 | 121 | $109.37 |
| Karl Compton<br>4950 Bayou Vista<br>Houston, TX 77091 | 127 | $156.77 |
| Stephen Hyland<br>11926 Brookmeadow<br>Dallas, Texas 75218 | 157 | $156.77 |
| Greg Siegel<br>3707 East Cedar Hollow Drive | 161 | $156.77 |

Pearland, TX 77584

| | | |
|---|---|---|
| Shaun Walker<br>21702 Park Brook<br>Katy, Texas 77450 | 168 | $69.27 |
| Deborah Davenport<br>2703 Hidden Lake<br>Grapevine, TX 76051 | 170 | $151.92 |
| Benjamin Mccullough<br>3738 Maroneal<br>Houston, TX 77025 | 171 | $241.24 |
| Michelle Taylor<br>4208 Seminole<br>Pearland, TX 77584 | 186 | $156.77 |