Dec. 1, 2010

United States Bankruptcy Courts
Southern District of Texas
515 Rusk, Rm. 5300
Houston, TX 77002

**RECEIVED**

DEC 0 7 2010

Procurement Dept
MS

United States District Court
Southern District of Texas
FILED

DEC   3  2010

David J. Bradley, Clerk of Court

To Whom It May Concern:

My name is Jasper D. McLarrin and I would like to file a motion to have my unclaimed funds released to me. The case # is 00-39714. The amount of unclaimed funds in question is $127.61.

I resided at 278 Brown Ave. Alvin, TX 77511 from 2000-2002.

If you have any questions, please feel free to contact me at the information below. This is also the address to where the monies can be sent.

Sincerely,

*[signature]*

Jasper D. McLarrin
16407 N. Ravenswood Dr.
Magnolia, TX 77354
(936) 827-1165

McLARRIN
14407 N. RAVENSWOOD DR.
MAGNOLIA, TX 77354

United States District Court
Southern District of Texas
FILED

DEC 3 2010

David J. Bradley, Clerk of Court

U.S. BANKRUPTCY COURTS
SOUTHERN DISTRICT OF TEXAS
515 RUSK, Rm. 5300
HOUSTON, TX 77002

7700242607